# Exhibit 1

# Exhibit 1A

# United States of America
## United States Patent and Trademark Office

# FLAVOUR BLASTER

**Reg. No. 7,367,037**

**Registered Apr. 23, 2024**

**Int. Cl.: 7, 21, 30, 33**

**Trademark**

**Principal Register**

Jetchill Ltd  (UNITED KINGDOM private limited company)
Printcentre Fulwell Road
Sunderland Tyne & Wear, UNITED KINGDOM SR60HR

CLASS 7: Bubble making machines, namely, bubble making devices for kitchen purposes; bubble making machines, namely, bubble forming devices for kitchen purposes

FIRST USE 5-17-2019; IN COMMERCE 5-17-2019

CLASS 21: Serving trays; glass jars; covers for dishes, namely, glass cloches; kitchen containers; basins in the nature of receptacles; cocktail strainers, cocktail stirrers, cocktail shakers, cocktail sticks; cocktail making kits comprised of cocktail strainers, cocktail stirrers, cocktail shakers, and cocktail sticks

FIRST USE 5-17-2019; IN COMMERCE 5-17-2019

CLASS 30: Flavoured liquids being flavorings for beverages, other than essential oils

FIRST USE 5-17-2019; IN COMMERCE 5-17-2019

CLASS 33: Liquid beverage mixture for use in forming bubbles for alcoholic beverages

FIRST USE 5-17-2019; IN COMMERCE 5-17-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FLAVOUR" in Classes 30 and 33

SER. NO. 97-975,178, FILED 07-13-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit 1B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,363,545**

**Registered Apr. 23, 2024**

**Int. Cl.: 7, 21, 30, 33**

**Trademark**

**Principal Register**

Jetchill Ltd  (UNITED KINGDOM Private Limited Company)
Printcentre Fulwell Road
Sunderland Tyne & Wear, UNITED KINGDOM SR60HR

CLASS 7: Bubble making machines, namely, bubble making devices for kitchen purposes; Bubble making machines, namely, bubble forming devices for kitchen purposes

FIRST USE 1-1-2021; IN COMMERCE 1-1-2021

CLASS 21: Serving trays, glass jars, covers for dishes, namely, glass cloches, kitchen containers, basins in the nature of receptacles, cocktail strainers, cocktail stirrers, cocktail shakers, cocktail sticks, cocktail making kits comprised of cocktail strainers, cocktail stirrers, cocktail shakers and cocktail sticks

FIRST USE 1-1-2021; IN COMMERCE 1-1-2021

CLASS 30: Flavoured liquids being flavorings for beverages, other than essential oils

FIRST USE 1-1-2021; IN COMMERCE 1-1-2021

CLASS 33: Liquid beverage mixture for use in forming bubbles for alcoholic beverages

FIRST USE 1-1-2021; IN COMMERCE 1-1-2021

The mark consists of a stylized capital letter "B".

SER. NO. 97-722,674, FILED 12-19-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit 1C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,390,295**

**Registered May 21, 2024**

**Int. Cl.: 32, 33**

**Trademark**

**Principal Register**

Jetchill Ltd  (UNITED KINGDOM private limited company)
Printcentre Fulwell Road
Sunderland Tyne & Wear, UNITED KINGDOM SR60HR

CLASS 32: Solution for forming decorative features in beverages, namely, preparations for making non-alcoholic carbonated beverages; non-alcoholic liquid beverage bubble solution for forming decorative features on beverages

CLASS 33: Liquid beverage bubble solution for forming decorative features on alcoholic beverages

OWNER OF UNITED KINGDOM , REG. NO. UK00003544177, DATED 03-05-2021, EXPIRES 10-14-2030

OWNER OF UNITED KINGDOM , REG. NO. UK00003563786, DATED 04-16-2021, EXPIRES 12-03-2030

The mark consists of a large letter "X" with the word "BUBBLE" in smaller size font positioned above the "X" in stacked form.

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUBBLE"

SER. NO. 97-485,239, FILED 07-01-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an   Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.